IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALFRED JAMES SANDERS,

      Appellant,

  v.

      Case No.  5D21-2424
      LT Case No. 2020-CF-003035-A-O

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Matthew J. Metz, Public Defender, and Ali L.
Hansen, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and TRAVER, JJ., concur.